United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Atty Susan M. Gray  **Case Number:** 05–46198–kw

**Debtor(s):** Robert P. Mild  **Judge:** KAY WOODS

**Re:** Motions/Pleadings/Filings for Judge's Consideration
  #54 Petition For Unclaimed Funds And Order Thereon

**The following deficiency must be corrected within 10 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit not attached.
- ☐ Form 21 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ Summary of Schedules; Schedules A – J.
- ☐ Legal Description of all Real Property and Land Contracts.
- ☐ Statement of Financial Affairs.
- ☐ Attorney Fee Disclosure Statement.
- ☐ Chapter 13 Plan.
- ☐ Creditors **not** uploaded into CM/ECF System.
- ☐ Email Information required – not in system.
- ☐ No Means Testing Form
- ☑ Other. See Comments/Instructions.

**Comments/Instructions:**
Exhibit A Is Deficient Of Claimant's Tax ID Number And Must Be Filed As A Separate Private Document. Petition Is Deficient Of Copy Of Court Order Depositing Funds As Unclaimed Or Other Supporting Document.

Deputy Clerk: **G. Santore**  Date: **December 15, 2009**
Form ohnb143