UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: * CASE NUMBER 05-46198

ROBERT P. MILD, * CHAPTER 7

Debtor. * HONORABLE KAY WOODS

*****************************************************************
ORDER DENYING PETITION FOR UNCLAIMED FUNDS
*****************************************************************

This cause is before the Court on Petition for Unclaimed Funds and Order Thereon ("Petition") (Doc. # 54) filed by Susan M. Gray on behalf of The Financial Resources Group ("Petitioner") on December 11, 2009. The Court issued Notice of Filing Deficiency ("Notice") (Doc. # 55) on December 15, 2009, which required certain specified deficiencies to be corrected within ten (10) days from the date of the Notice. To date, Petitioner has taken no action to correct the deficiencies set forth in the Notice.

As a consequence, the Petition has been referred to the Court for further action. Based upon the deficiencies, the Petition cannot be granted. Accordingly, the Court hereby denies the Petition without prejudice.

**IT IS SO ORDERED.**

_____
HONORABLE KAY WOODS
UNITED STATES BANKRUPTCY JUDGE